1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARQUISE CALIZ, | ) | NO. CV 15-5161-JLS (KS) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING INTERIM FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| CITY OF LOS ANGELES, et al, | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, Defendant's Motion to Dismiss the Complaint and the parties' related briefing, and the January 22, 2016 Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

\\
\\

1  Accordingly, IT IS ORDERED that: (1) the Motion to Dismiss Plaintiff's claims
2  against the City of Los Angeles is GRANTED; and (2) the claims against the City of Los
3  Angeles are DISMISSED with prejudice.

5  DATED: August 4, 2016

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE