1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE CALIZ, | ) NO. CV 15-5161-JLS (KS) |
|        **Plaintiff,** | ) |
| v. | ) **ORDER ACCEPTING FINDINGS AND** |
| | ) **RECOMMENDATIONS OF UNITED** |
| CITY OF LOS ANGELES, et al, | ) **STATES MAGISTRATE JUDGE** |
| | ) |
|        **Defendants.** | ) |
| _____ | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the September 16, 2016 Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

\\
\\
\\
\\
\\

1  Accordingly, IT IS ORDERED that: (1) the state tort claims against Deputy Simms are
2  DISMISSED with prejudice; and (2) Defendant Simms shall file an Answer to the Complaint,
3  as amended by the Report, within 30 days of the date of this Order
4  .

6  DATED: November 14, 2016

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE