# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE CALIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, et al,<br><br>　　　　Defendants. | NO. CV 15-5161-JLS (KS)<br><br>ORDER ACCEPTING INTERIM FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint (the "Complaint"), all of the records herein, Plaintiff's Motion for Leave to File a First Amended Complaint (the "Motion") and the parties' related briefing, the November 3, 2017 Interim Report and Recommendation of United States Magistrate Judge ("Report"), Plaintiff's Objections to the Report, and Defendant's Statement of Non-Objection. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that the Motion is GRANTED in part and DENIED in part as follows:

(1) The Motion is GRANTED with respect to Plaintiff's proposed addition of an Eighth Amendment excessive force claim against Victor Benavidez, in his individual capacity, and an Eighth Amendment failure to intervene claim against Viet Tran, in his individual capacity;

(2) The Motion is DENIED with respect to all of Plaintiff's other proposed amendments;

(3) The Defendants sued in connection with the August 16, 2013 assault, <u>except for</u> Defendant Simms and the two former Doe Defendants now named as Defendant Benavidez and Defendant Tran, are DISMISSED without prejudice and with leave to amend; and

(4) The Defendants sued in connection with events occurring in 2014, including the Doe Defendant now identified as Sergeant Argueta, are DISMISSED without prejudice to Plaintiff initiating a separate action against one or more of these individuals.

IT IS FURTHER ORDERED that the stay on substantive motions is LIFTED and Plaintiff and Defendant Simms shall file their substantive motions, if any, within 30 days of the date of this Order.

Finally, IT IS ORDERED that Plaintiff shall file, within 30 days of the date of this Order, EITHER:

(1) A signed document entitled Notice Of Intent Not To File Second Amended Complaint expressing Plaintiff's wish to proceed only on the remaining claims in this action – namely, the Eighth Amendment claims against Defendants Simms, Benavidez, and Tran in their individual capacity; OR

(2) A Motion for Leave to Amend and a proposed Second Amended Complaint that (i) names as defendants <u>all</u> of the individuals whom Plaintiff wishes to hold liable for the August 16, 2013 assault, including Defendants Simms, Benavidez, and Tran and (ii) details each named defendant's involvement in Plaintiff's allegations but <u>does not attempt to add new claims against Defendant Simms or claims concerning events occurring in 2014</u>.

DATED: March 6, 2018

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE