UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 15-5161-JLS (KS)                                        Date: May 22, 2018

Title   *Marquise Elmo Caliz v. Anthony William Simms, et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|   Roxanne Horan-Walker   |   N/A   |
|---|---|
|   Deputy Clerk   |   Court Reporter / Recorder   |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On July 8, 2015, Marquise Caliz ("Plaintiff"), a California state prisoner proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (the "Complaint"). (Dkt. Nos. 1, 4.).  On April 2, 2018, the Court issued an Order deeming the First Amended Complaint ("FAC") the operative pleading. (Dkt. No. 126.)  On April 3, 2018, the Court directed service of the FAC against Defendants Victor Benavidez and Viet Tran (Dkt. No. 129) and ordered Plaintiff to file with the Court, within 30 days, copies of the USM-285 forms that he submitted to the U.S. Marshal (Dkt. No. 128.).

More than two weeks have now passed since Plaintiff's May 3, 2018 deadline for filing copies of the USM-285 forms with the Court, and the Court has not received copies of Plaintiff's completed USM-285 forms or any other filing reflecting compliance with the Court's April 3, 2018 Order.  The Court may now recommend dismissal of the action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which states that a civil action is subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before June 21, 2018**, why the Court should not recommend that this action be dismissed for failure to prosecute and comply with court orders.  If Plaintiff wishes to proceed with this action, he may discharge this Order by filing <u>one</u> the following:

> (1) a request for an extension of time to file copies of the USM-285 forms and a declaration signed under penalty of perjury that establishes good cause for Plaintiff's failure to timely comply with the Court's orders;

> (2) copies of the USM-285 forms that were provided to the United States Marshal Service; or
> (3) a declaration, signed under penalty of perjury, that states that Plaintiff mailed the completed USM-285 forms to the U.S. Marshal <u>and</u> proof of the date of mailing, such as a prison mail log.

Alternatively, if Plaintiff does not wish to pursue this action, he may file a document entitled "Notice Of Dismissal" pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

Plaintiff is further advised that his deadline for completing service of the SAC is July 2, 2018. If Plaintiff does not mail his completed USM-285 forms to the U.S. Marshal by that date, the case may be subject to dismissal under Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

|                          | :              |
|--------------------------|----------------|
| **Initials of Preparer** | rhw            |