UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 15-5161-JLS (KS)                                                              Date: September 21, 2018

Title   *Marquise Caliz v. City of Los Angeles et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On July 8, 2015, Marquise Caliz ("Plaintiff"), a California state prisoner proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (the "Complaint"). (Dkt. Nos. 1.)  On April 2, 2018, the Court issued an Order deeming the First Amended Complaint ("FAC") the operative pleading.  (Dkt. No. 126.)  On April 3, 2018, the Court directed service of the FAC on Defendants Victor Benavidez and Viet Tran.  (Dkt. No. 129.)  On July 3, 2018, Defendants Benavidez and Tran filed a Motion to Dismiss the FAC on the grounds that it does not state a claim against them, is barred by the statute of limitations, and fails to comply with the exhaustion requirement of the Prison Litigation Reform Act.  (Dkt. No. 141.)  The Court ordered Plaintiff to file an Opposition to the Motion no later than August 5, 2018. (Dkt. No. 146.)  Plaintiff sought and obtained one extension, extending the deadline for filing the Opposition to September 4, 2018.  (Dkt. Nos. 148-49.)  After Plaintiff missed the September 4, 2018 deadline, Defendants Benavidez and Tran requested that the Court dismiss the action against them. (Dkt. No. 150.)

More than two weeks have now passed since the date on which Plaintiff's opposition was due (September 4, 2018), and Plaintiff has not filed a response to the Motion to Dismiss.  Local Rule 7-12 states that a party's failure to file a required document such as an opposition to a motion "may be deemed consent to the granting [ ] of the motion."  Further, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Thus, the Court could properly recommend dismissal of the action for Plaintiff's failure to oppose the Motion To Dismiss and to timely comply with the Court's orders.

**CIVIL MINUTES – GENERAL**

Case No.  CV 15-5161-JLS (KS)                                                    Date: September 21, 2018

Title     *Marquise Caliz v. City of Los Angeles et al*

      However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before October 12, 2018** why the action should not be dismissed under Local Rule 7-12 and Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff's response to this OSC must include either: (1) a complete and detailed opposition (in a manner fully complying with the Local Rules) to the Motion to Dismiss; or (2) a request for an extension to file the Opposition accompanied by a sworn declaration (not to exceed 3 pages) establishing good cause for Plaintiff's failure to timely respond to the Motion to Dismiss.

      Alternatively, Plaintiff may discharge this Order and dismiss this case by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

      **Plaintiff is cautioned that his failure to timely comply with this order will lead to a recommendation of dismissal based on Local Rule 7-12 and Rule 41 of the Federal Rules of Civil Procedure.**

      **IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |