JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE CALIZ, | NO. CV 15-5161-JLS (KS) |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF LOS ANGELES, et al, | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 16, 2021

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE